THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DARREN LEE MILLER,<br><br>    Plaintiff,<br>v.<br><br>RENTGROW, INC.,<br><br>    Defendant. | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00883-DBB-DBP<br><br>District Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Upon consideration of Plaintiff's Unopposed Motion for Leave to Amend his First Amended Complaint (the "Motion"), and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Second Amended Complaint shall be filed into the record and Cleara, LLC shall be added as a party-defendant to this action.

**IT IS SO ORDERED.**

DATED this 11 March 2024.

_____
Dustin B. Pead
United States Magistrate Judge

1